1  Andrea M. Kimball, State Bar No. 196485
   Ben West, State Bar No. 251018
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   E-Mail:  akimball@luce.com
5           bwest@luce.com

6  Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 ELDORADO STONE, LLC, a Delaware          Case No. 08 CV 0922 BEN BLM
   limited liability company; ELDORADO
12 STONE OPERATIONS, LLC, a Utah            COMPLAINT FOR TRADEMARK
   limited liability company,               INFRINGEMENT, FALSE
13                                           ADVERTISING, AND UNFAIR
           Plaintiffs,                       COMPETITION, DEMAND FOR
14                                           JURY TRIAL
   v.
15
   A-1 STONE CRAFTERS, INC., a
16 California corporation,

17         Defendant.

18

19         Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC (collectively

20 "Eldorado") allege as follows against A-1 Stone Crafters, Inc. ("A-1"):

21                    **JURISDICTION AND VENUE**

22         1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal

23 question); 28 U.S.C. § 1338 (original jurisdiction over Lanham Act actions), 15 U.S.C. § 1121

24 (original jurisdiction over Lanham Act actions); and 28 U.S.C. § 1367 (supplemental

25 jurisdiction).

26         2.    A-1 is subject to personal jurisdiction in this District because, upon information

27 and belief, A-1 is doing and has been doing substantial business in this District, including

28 business related to the sale and distribution for sale of the infringing products as described

                                      1
                                                              COMPLAINT

1  below.  In addition, A-1's acts of infringement have occurred in this District and Eldorado has

2  suffered losses occurring in this District.

3       3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

4                       **PARTIES**

5       4.     Plaintiff Eldorado Stone, LLC ("Eldorado Stone") is a Delaware limited liability

6  company with a principal place of business in San Marcos, California.

7       5.     Plaintiff Eldorado Stone Operations, LLC ("Eldorado Operations") is a Utah

8  limited liability company with a principal place of business located in Carnation, Washington.

9       6.     A-1 Stone Crafters, Inc. is a California corporation with a principal place of

10  business located in Riverside County, California.

11                       **FACTS**

12       7.     Eldorado Operations owns all rights, title, and interest in the mark RUSTIC

13  LEDGE which is the subject of United States Trademark Registration No. 2,727,198.

14  Eldorado first used the RUSTIC LEDGE mark in commerce on June 30, 1997.  The USPTO

15  registered the RUSTIC LEDGE mark on the principal register on June 17, 2003.  A true and

16  accurate copy of the registration certificate for the RUSTIC LEDGE mark is attached hereto

17  as Exhibit A.

18       8.     Eldorado Stone is the licensee of the RUSTIC LEDGE mark.

19       9.     Eldorado has been continuously using the RUSTIC LEDGE mark in connection

20  with building products; namely, synthetic, artificial, manufactured, and reformed stones,

21  bricks, veneer and sheets.

22      10.     A-1 is also in the business of manufacturing and selling manufactured stones and

23  veneers.

24      11.     A-1 currently markets manufactured stone under the mark RUSTIC LEDGER.

25  A-1 uses the RUSTIC LEDGER mark to advertise its products on its website at www.a-

26  1stone.com and, on information and belief, other marketing and packaging materials.  A true

27  and accurate copy of pages from A-1's website depicting its use of the RUSTIC LEDGER

28  mark is attached hereto as Exhibit B.

COMPLAINT

1    12.    On information and belief, A-1 has profited from the unlawful and unauthorized

2    use of the RUSTIC LEDGER mark through creating confusion with Eldorado's RUSTIC

3    LEDGE mark.

4    13.    On information and belief, A-1's use of the RUSTIC LEDGER mark is a

5    deliberate attempt to trade on the good will Eldorado has built up for its RUSTIC LEDGE

6    mark.

7    14.    A-1's use of the RUSTIC LEDGER mark has been and continues to be without

8    the authorization or consent of Eldorado.

9    15.    Eldorado has provided written notices to A-1 of its exclusive rights in the

10    RUSTIC LEDGE mark and demanded that A-1 cease and desist from its unauthorized use of a

11    confusingly similar mark.  A-1 has not replied to Eldorado's demand letters.

12    16.    On information and belief, A-1 has conducted its business with one or more

13    customers residing in this District arising out of A-1's use of the RUSTIC LEDGER mark.

14    **FIRST CAUSE OF ACTION**

15    **(Infringement of Registered Trademark, 28 U.S.C. § 1114(a))**

16    17.    Eldorado repeats and incorporates the allegations of the preceding paragraphs as

17    if fully set forth herein.

18    18.    A-1's use of the RUSTIC LEDGER mark is a use in commerce of a

19    reproduction, counterfeit, copy, or colorable imitation of Eldorado's RUSTIC LEDGE mark in

20    connection with the sale, distribution or advertising of A-1's goods in a manner which is likely

21    to cause confusion or cause mistake or to deceive as to the affiliation, approval or sponsorship

22    of A-1's goods.

23    19.    Eldorado has been damaged by A-1's infringement by reason of the likelihood

24    that potential customers have been or will be confused as to the source or affiliation,

25    sponsorship or approval of A-1's goods and the relationship of such goods to Eldorado.

26    20.    A-1 has profited from its infringement as alleged herein.

27    21.    Eldorado has no adequate remedy at law that will compensate for the continued

28    and irreparable harm it will suffer if A-1's acts are allowed to continue.

3

COMPLAINT

1      22.    Unless A-1 is restrained from further infringement of the RUSTIC LEDGE

2  mark, Eldorado will continue to be irreparably harmed.

3      23.    By reason of A-1's actions alleged herein, Eldorado has suffered damage to its

4  goodwill and the loss of sales and profits that Eldorado would have made but for A-1's acts.

5  A-1's infringement has caused Eldorado to suffer damages in an amount to be proven at trial.

6      24.    A-1's infringement is willful and taken without regard to the established rights

7  of Eldorado. Eldorado seeks judgment for three times the damages awarded due to the willful

8  conduct, plus costs and expenses for bringing the action.

9                          **SECOND CLAIM FOR RELIEF**

10                       **(False Advertising, 28 U.S.C. § 1125(a))**

11      25.    Eldorado repeats and incorporates the allegations of the preceding paragraphs as

12  if fully set forth herein.

13      26.    The above-described conduct of A-1 constitutes false advertising in violation of

14  28 U.S.C. § 1125(a) in that A-1 has used a false or misleading representation of fact in

15  connection with its goods which is likely to cause confusion, or to cause mistake or to deceive

16  as to the affiliation, connection, or association of A-1 with Eldorado or as to the origin,

17  sponsorship or approval of A-1's goods by Eldorado.

18      27.    Eldorado has been damaged by A-1's false and misleading representation by

19  reason of the likelihood that potential customers will be confused and deceived and will

20  mistakenly believe that A-1 is an authorized distributor of Eldorado's products and that A-1's

21  products originate from Eldorado or are sponsored, authorized, or approved by Eldorado.

22      28.    A-1 has profited from its actions of false advertising alleged herein and will

23  continue to profit unless and until such conduct is enjoined.

24      29.    Eldorado has no adequate remedy at law that will compensate for the continued

25  and irreparable harm it will suffer if A-1's acts are allowed to continue.

26      30.    Unless A-1 is restrained from further infringement of the RUSTIC LEDGE

27  mark, Eldorado will continue to be irreparably harmed.

28  ///

COMPLAINT

31. By reason of A-1's acts alleged herein, Eldorado has suffered damage to its goodwill and the loss of sales and profits Eldorado would have made but for A-1's acts, in an amount to be proven at trial.

32. A-1's actions were willful and taken with total disregard of Eldorado's rights. Plaintiffs seek judgment for three times the damages awarded plus costs and attorneys' fees.

## THIRD CAUSE OF ACTION

### (Common Law Mark Infringement)

33. Eldorado repeats and incorporates the allegations of the preceding paragraphs as if fully set forth herein.

34. As a result of widespread and continuous marketing activities by Eldorado, the RUSTIC LEDGE mark has acquired distinctiveness and has become widely known and recognized and Eldorado has been identified in the public mind as the producer and/or licensor of the products in connection with which the RUSTIC LEDGE mark is used.

35. A-1, with knowledge of and with intentional disregard of Eldorado's rights, continues to advertise, promote, and sell products bearing the RUSTIC LEDGER mark. Such acts by A-1 have caused and continue to cause confusion as to the source, endorsement and/or sponsorship of A-1's goods.

36. A-1's acts constitute willful infringement of Eldorado's exclusive rights in the RUSTIC LEDGE mark in violation of the common law.

37. As a direct and proximate result of A-1's conduct, Eldorado has suffered irreparable harm to its reputation, goodwill and RUSTIC LEDGE mark. Unless A-1 is restrained from further infringement of the RUSTIC LEDGE mark, Eldorado will continue to be irreparably harmed.

38. Eldorado has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if A-1's acts are allowed to continue.

39. As a direct and proximate result of A-1's conduct, Eldorado has suffered damages to its reputation, goodwill and RUSTIC LEDGE mark in an amount to be proven at trial.

COMPLAINT

## FOURTH CAUSE OF ACTION

### (Common Law Unfair Competition)

40.    Eldorado repeats and incorporates the allegations of the preceding paragraphs as if fully set forth herein.

41.    The above-described conduct of A-1 constitutes unfair competition under the common law of the State of California.

42.    Unless A-1 is restrained from further infringement of the RUSTIC LEDGE mark, Eldorado will continue to be irreparably harmed.

43.    Eldorado has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if A-1's acts are allowed to continue.

44.    As a direct and proximate result of A-1's conduct, Eldorado has suffered damages to its reputation, goodwill and RUSTIC LEDGE mark in an amount to be proven at trial.

45.    Eldorado is entitled to recover attorneys' fees and costs plus restoration of any and all profits resulting from A-1's unfair activities.

## FOURTH CLAIM FOR RELIEF

### (California Business & Professions Code, § 17200, et seq.)

46.    Eldorado repeats and incorporates the allegations of the preceding paragraphs as if fully set forth herein.

47.    A-1 has engaged in acts of statutory unfair competition as defined in California Business & Professions Code §§ 17200 and 17500, including unfair and fraudulent business practices.

48.    Eldorado is entitled to an injunction enjoining A-1 from engaging in its unlawful acts and restoration of any money which A-1 acquired through its acts of unfair competition pursuant to California Business & Profession Code §§ 17203 or 17500.

## PRAYER FOR RELIEF

WHEREFORE, Eldorado requests entry of judgment in its favor and against A-1 as follows:

6

COMPLAINT

1       1.     A permanent injunction prohibiting A-1 from:

2           a.     using the RUSTIC LEDGER mark alone or in combination with other

3   words, symbols, derivations or designs in connection with the sale, distribution or

4   advertising of building products, or goods and services that are related or

5   complementary thereto, which use is likely to cause confusion with Eldorado's

6   RUSTIC LEDGE mark; and

7           b.     using the mark RUSTIC LEDGER in a manner which is likely to cause

8   confusion, or to cause mistake or to deceive as to the affiliation, connection or

9   association of A-1 and Eldorado, or as to the origin, sponsorship or approval of A-1's

10   products and services by Eldorado;

11       2.     Compensatory damages and disgorgement of A-1's profits from the sale of

12   goods or services under 15 U.S.C. § 1117 and California Business & Professions Code, §

13   17203;

14       3.     Treble damages pursuant to 15 U.S.C. § 1117;

15       4.     Punitive damages;

16       5.     Prejudgment interest, costs, expenses, and reasonable attorney's fees for this

17   suit; and

18       6.     Such other and further relief as this court may deem just and proper.

19

20   DATED: *May 23*, 2008     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

21

22                   By: _____

23                       Andrea M. Kimball
                    Ben West

24                       Attorneys for Plaintiffs Eldorado Stone, LLC and
                    Eldorado Stone Operations, LLC

25

26

27

28

7

1

## JURY DEMAND

2  Eldorado demands a trial by jury on all issues presented in this Complaint.

3

4  DATED: _May 23_, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

5

6  By: _____

7  Andrea M. Kimball
   Ben West
   Attorneys for Plaintiffs Eldorado Stone, LLC and
8  Eldorado Stone Operations, LLC

9

10  101086137.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8                                          COMPLAINT

**EXHIBIT A**

Int. Cl.: 19

Prior U.S. Cls.: 1, 12, 33 and 50

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,727,198

Registered June 17, 2003

OG Date Oct. 30, 2007

## TRADEMARK
## PRINCIPAL REGISTER

## RUSTIC LEDGE

ELDORADO STONE OPERATIONS LLC
  (DELAWARE LTD LIAB CO)
31610 NE 40TH, BLDG. A
CARNATION, WA 98014

FOR: BUILDING PRODUCTS; NAMELY, SYNTHETIC, ARTIFICIAL, MANUFACTURED, AND REFORMED STONES, BRICKS., VENEER, AND SHEETS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 6-30-1997; IN COMMERCE 6-30-1997.

SER. NO. 78-118,991, FILED 4-2-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 30, 2007.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

EXHIBIT _____ A

PAGE _____ 1 OF 1

# A-1 Stone Crafters

Home    Products    Company Profile    Dealer Locator    Request Info



# RUSTIC LEDGER

Our rustic ledger gives any surface strong shadow interest. Its dry stack appearance is simplified by its multiple stone modular sections. There are even segments designed for corner treatments.





Vailstone Rustic Ledger



Chablis Rustic Ledger



Aspen Rustic Ledger



Autumn Ridge Rustic Ledger



Sage Rustic Ledger

EXHIBIT ___B___

PAGE __1__ OF __1__

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Eldorado Stone, LLC, a Delaware limited liability company; Eldorado Stone Operations, LLC, a Utah limited liability company | A-1 Stone Crafters, Inc., a California corporation, *FILED* 2008 MAY 23 PM 1:27 |

**(b)** County of Residence of First Listed Plaintiff **San Diego, California**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Riverside, California**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Andrea M. Kimball, SB#196485
Ben West, SB#251018
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600, San Diego, CA 92101
619.236.1414

Attorneys (If Known)

'08 CV 0922 BEN BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1114, 1125
Brief description of cause:
Trademark infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE May , 2008

SIGNATURE OF ATTORNEY OF RECORD
Andrea M. Kimball

FOR OFFICE USE ONLY

RECEIPT # 15231 AMOUNT $350 PD 05/23/08 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

American LegalNet, Inc.
www.FormsWorkflow.com

C2

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 151231   — MB

## May 23. 2008
## 13:31:38

## Civ Fil Non-Pris
USAO #.: 08CV0922 CIVIL FILING
Judge..: ROGER T BENITEZ
Amount.:                $350.00 CK
Check#.: BC38313

## Total-> $350.00

FROM: ELDORADO STONE LLC
      VS A1 STONE CRAFTERS INC