Andrea M. Kimball, State Bar No. 196485
Ben West, State Bar No. 251018
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:  akimball@luce.com
         bwest@luce.com

Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

FILED
2008 MAY 23 PM 1:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A-1 STONE CRAFTERS, INC., a California corporation,<br><br>Defendant. | Case No. '08 CV 0922 BEN BLM<br><br>**DISCLOSURE STATEMENT REQUIRED BY FED.R.CIV.P. 7.1** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC hereby identify Headwaters, Inc. as owning 10% or more of Plaintiffs' equity interests. Headwaters, Inc. is publicly traded on the New York Stock Exchange (HW) and has its headquarters located at 10653 South River Front Parkway, Suite 300, South Jordan, Utah 84095.

DATED: May 23, 2008             LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                By: /s/ Andrea M. Kimball
                                    Andrea M. Kimball
                                    Ben West
                                    Attorneys for Plaintiffs Eldorado Stone, LLC
                                    and Eldorado Stone Operations, LLC

101095993.1

1   DISCLOSURE STATEMENT REQUIRED BY FED.R.CIV.P. 7.1