# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 23 PM 1:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

K.W.

_____ DEPUTY

ELDORADO STONE, LLC, a Delaware limited liability company;
ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,

vs

A-1 STONE CRAFTERS, INC., a California corporation,

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0922 BEN BLM**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Andrea M. Kimball
Ben West
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

MAY 23 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com