Andrea M. Kimball, State Bar No. 196485
Ben West, State Bar No. 251018
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:  akimball@luce.com
         bwest@luce.com

Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A-1 STONE CRAFTERS, INC., a California corporation,<br><br>Defendant. | Case No. 08 CV 0922 BEN BLM<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eldorado Stone, LLC and Eldorado Stone Operations, LLC, Plaintiffs, will be represented by Ben West, Esq. of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action. Please add the following to all proofs of service in this matter:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Ben West, State Bar No. 251018
   Email: bwest@luce.com
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372

4  DATED: May 27, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

5

6                                By: /s/ Ben West
                                     Ben West
7                                    Attorneys for Plaintiffs Eldorado Stone, LLC
                                     and Eldorado Stone Operations, LLC
8

9  101096671.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28