Andrea M. Kimball, State Bar No. 196485
Ben West, State Bar No. 251018
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:   akimball@luce.com
          bwest@luce.com

Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A-1 STONE CRAFTERS, INC., a California corporation,<br><br>Defendant. | Case No.  08 CV 0922 BEN BLM<br><br>**PROOF OF SERVICE** |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On May 27, 2008, I caused the following to be served:

1.    NOTICE OF APPEARANCE.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

/ / /

1    Andrea M. Kimball, akimball@luce,com, bblock@luce.com, jguerrero@luce.com

2    Ben West, bwest@luce.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice recipients.)

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on May 28, 2008.

                s/Ben West
                Ben West
                Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

101096987.1