Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ELDORADO STONE, LLC, a Delaware limited liability company;
ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,

**VS**

A-1 STONE CRAFTERS, INC., a California corporation,

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 0922 BEN BLM**

TO: (Name and Address of Defendant)

A-1 Stone Crafters, Inc.
c/o Jackeline Pentz (agent for service of process)
~~22684 Calcutta Drive~~   6520 Clay Street
~~Canyon Lake, CA 92587~~   Riverside, CA 92509

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
  Andrea M. Kimball
  Ben West
  Luce, Forward, Hamilton & Scripps LLP
  600 West Broadway, Suite 2600
  San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    MAY 23 2008

K. HAMMERLY   CLERK                        DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE    June 10, 2008 |
|---|---|
| NAME OF SERVER    Bruce Morgan | TITLE    Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:   6520 Clay Street
Riverside, CA 92509
Name of person with whom the summons and complaint were left: Mateo "Doe"- Hispanic;
Male; 30 yrs.; 220 lbs.; Brown Hair; Brown Eyes; 5'8''-Mason

☐ Return unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $125.59 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: June 12, 2008
Date

*Bruce Morgan*
Signature of Server   (619) 685-1122

917 W. Grape St., San Diego, CA 92101
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

Andrea M. Kimball (SBN 196485)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 WEST BROADWAY
SUITE 2600
SAN DIEGO, CA 92101
(619) 236-1414

Attorney(s) for          ELDORADO STONE, LLC; ET AL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:    ELDORADO STONE, LLC; ET AL.                    Case No:   08CV0922BENBLM

Defendant: A-1 STONE CRAFTERS, INC., ETC.                    **PROOF OF SERVICE BY MAIL**

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action.  My business address is 1302 Kettner Boulevard, San Diego, CA  92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 16, 2008          at my place of business at San Diego, California, copy of the:

SUMMONS; COMPLAINT; DISCLOSURE STATEMENT REQUIRED BY FED.R.CIV.P. 7.1

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

A-1 STONE CRAFTERS, INC., A CALIFORNIA CORPORATION
6520 CLAY STREET
RIVERSIDE, CA 92509

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 16, 2008          at San Diego, California.

_Linda Beran_
Linda Beran

---

**PROOF OF SERVICE BY MAIL**