1  Andres F. Quintana (SBN 190525)
   John M. Houkom (SBN 203240)
2  **QUINTANA LAW GROUP**
   A Professional Law Corporation
3  Warner Center Tower
   21650 Oxnard Street, Suite 700
4  Woodland Hills, California 91367
   Telephone: (818) 914-2100
5  Facsimile: (818) 914-2101
   Email: andres@qlglaw.com
6        john@qlglaw.com

7  Attorneys for Defendant A-1 Stone Crafters, Inc.

8

9  Andrea M. Kimball (SBN 296485)
   Ben West (SBN 251018)
10 **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   600 West Broadway, Suite 2600
11 San Diego, California 92101-3372
   Telephone: (619) 236-1414
12 Facsimile: (619) 232-8311
   Email: akimball@luce.com
13       bwest@luce.com

14 Attorneys for Plaintiffs Eldorado Stone, LLC and
   Eldorado Stone Operations, LLC

15

16              **UNITED STATES DISTRICT COURT**

17              **SOUTHERN DISTRICT OF CALIFORNIA**

18 ELDORADO STONE, LLC, a Delaware )   CASE NO. 08 CV 00922 BEN (BLM)
   limited liability company; ELDORADO )  Complaint filed on May 23, 2008
19 STONE OPERATIONS, LLC, a Utah )
   limited liability company, )
20                                )
              Plaintiffs,         )   **JOINT MOTION FOR EXTENSION**
21                                )   **OF TIME FOR DEFENDANT A-1**
        vs.                       )   **STONE CRAFTERS, INC. TO FILE**
22                                )   **RESPONSE TO COMPLAINT OF**
                                  )   **PLAINTIFFS**
23 A-1 STONE CRAFTERS, INC., a )
   California corporation, )
24                                )
              Defendant.          )
25                                )
                                  )
26                                )
                                  )
27 _____)

28

## JOINT MOTION BY ALL PARTIES

Plaintiffs ELDORADO STONE, LLC and ELDORADO STONE OPERATIONS, LLC (collectively, "Plaintiffs"), by and through their attorneys of record in this matter, Luce, Forward, Hamilton & Scripps LLP, and Defendant A-1 STONE CRAFTERS, INC. ("Defendant"), by and through its attorneys of record in this matter, the Quintana Law Group, APC, hereby jointly move to extend the deadline for Defendant's response to Plaintiff's Complaint to July 21, 2008 on the following bases:

1.     The Quintana Law Group, APC was recently retained by Defendant A-1 Stone Crafters, Inc. in the above-entitled matter.

2.     According to the records of Plaintiffs' attorneys of record, the Complaint in this matter was filed on May 23, 2008 and served on Defendant on or about June 12, 2008 (the "Complaint").

3.     Due to a pre-scheduled vacation, Mr. Andres Quintana of the Quintana Law Group, APC, the attorney primarily responsible for this matter on behalf of the Defendant ("Quintana"), is out of the state of California during the week of June 30, 2008.

4.     The Plaintiffs and the Defendant have agreed to jointly move to extend the Defendant's due date for any answer or response to the Complaint from approximately July 2, 2008 to July 21, 2008.

DATED: July 3, 2008

QUINTANA LAW GROUP
A Professional Law Corporation

By: _____
        Andres F. Quintana
        John M. Houkom
        Attorneys for Defendant A-1 Stone
        Crafters, Inc.

Quintana Law
Group, APC

1

1    DATED: July ___, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS
2                                    A Limited Liability Partnership

3
4                                    By: _____
                                         Andrea M. Kimball
5                                        Ben West
                                         Attorneys for Plaintiffs Eldorado Stone,
6                                        LLC and Eldorado Stone Operations, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                              )        ss:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On July 3, 2008, I served the document described as

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT A-1 STONE CRAFTERS, INC. TO FILE RESPONSE TO COMPLAINT OF PLAINTIFFS**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[ X ]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]    BY ELECTRONIC MAIL: I caused such document to be sent via electronic mail to the electronic mail address of _____ at _____.com and received confirmed transmission reports indicating that this document was successfully transmitted to _____.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

EXECUTED on July 3, 2008 at Woodland Hills, California.

_____
Beatriz Singleton

1

## SERVICE LIST

2

3   Andrea M. Kimball, Esq.
Ben West, Esq.

4   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600

5   San Diego, California 92101-3372

6   *Counsel for Plaintiffs Eldorado Stone, LLC and*

7   *Eldorado Stone Operations, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28