**FILED**
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A-1 STONE CRAFTERS, INC., <br><br> Defendant. | Case No. 08cv0922 BEN (BLM) <br><br> ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |

Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC have filed a Complaint against Defendant A-1 Stone Crafters, Inc. Dkt. No. 1 (May 23, 2008). The parties jointly moved for an order to extend the deadline for Defendant to respond to the Complaint, on the ground that Defendant's recently-retained counsel needs additional time to prepare a response. Dkt. No. 8 (July 3, 2008). Because the parties have shown good cause, the Court grants their joint motion. Defendant shall answer or otherwise respond to the Complaint on or before July 21, 2008.

IT IS SO ORDERED.

Dated: July __, 2008

Roger T. Benitez
United States District Judge