1  Andres F. Quintana (SBN 190525)
   John M. Houkom (SBN 203240)
2  **QUINTANA LAW GROUP**
   A Professional Law Corporation
3  Warner Center Tower
   21650 Oxnard Street, Suite 700
4  Woodland Hills, California 91367
   Telephone: (818) 914-2100
5  Facsimile: (818) 914-2101
   Email: andres@qlglaw.com
6         john@qlglaw.com

7  Attorneys for Defendant A-1 Stone
   Crafters, Inc.
8
                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11 ELDORADO STONE, LLC, a Delaware  )  CASE NO. 08 CV 00922 BEN (BLM)
   limited liability company; ELDORADO )  Complaint filed on May 23, 2008
12 STONE OPERATIONS, LLC, a Utah    )
   limited liability company,        )
13                                   )  **CERTIFICATE OF INTERESTED
                 Plaintiffs,         )  PARTIES FILED BY DEFENDANT
14                                   )  A-1 STONE CRAFTERS, INC.**
        vs.                          )
15                                   )  [F.R.C.P. RULE 7.1-1]
                                     )
16 A-1 STONE CRAFTERS, INC., a       )
   California corporation,           )
17                                   )
                 Defendant.          )
18                                   )
                                     )
19                                   )
                                     )
20

21

22

23

24

25

26

27

28

Quintana Law
Group, APC

The undersigned, counsel of record for DEFENDANT A-1 STONE CRAFTERS, INC. ("A-1"), certifies that:

1. A-1 has no parent corporation; and,
2. No publicly held corporation owns more than 10% of A-1's stock.

DATED: July 21, 2008

QUINTANA LAW GROUP
A Professional Law Corporation

By: _____
Andres F. Quintana
John M. Houkom
Attorneys for Defendant A-1 Stone Crafters, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On July 21, 2008, I served the document described as

**CERTIFICATE OF INTERESTED PARTIES FILED BY DEFENDANT A-1 STONE CRAFTERS, INC.**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   BY ELECTRONIC MAIL: I caused such document to be sent via electronic mail to the electronic mail address of _____ at _____.com and received confirmed transmission reports indicating that this document was successfully transmitted to _____.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

EXECUTED on July 21, 2008 at Woodland Hills, California.

_____
Beatriz Singleton

## SERVICE LIST

Andrea M. Kimball, Esq.
Ben West, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372

*Counsel for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC*