Andrea M. Kimball, State Bar No. 196485
Ben West, State Bar No. 251018
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:  akimball@luce.com
         bwest@luce.com

Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A-1 STONE CRAFTERS, INC., a California corporation,<br><br>Defendant. | Case No. 08 CV 0922 BEN BLM<br><br>**NOTICE OF SETTLEMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties have reached a settlement in the above-captioned matter. The parties have notified the Honorable Barbara L. Majors of the settlement and ask that the ENE date be vacated and the parties be ordered to a settlement disposition conference within the next 45 days.

DATED: August 26, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: /s/ Andrea M. Kimball
    Andrea M. Kimball
    Attorneys for Plaintiffs Eldorado Stone, LLC
    and Eldorado Stone Operations, LLC

101114743.1

Andrea M. Kimball, State Bar No. 196485
Ben West, State Bar No. 251018
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:  akimball@luce.com
         bwest@luce.com

Attorneys for Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> A-1 STONE CRAFTERS, INC., a California corporation, <br><br> Defendant. | Case No. 08 CV 0922 BEN BLM <br><br> **PROOF OF SERVICE** |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On August 26, 2008, I caused the following to be served:

1.    NOTICE OF SETTLEMENT.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

/ / /

/ / /

/ / /

1                                Case No. 08 CV 0922 BEN BLM

1 | Andrea M. Kimball, akimball@luce,com,
bblock@luce.com, jguerrero@luce.com

2

3 | Ben West, bwest@luce.com

4 | **Manual Notice List**

5 | The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

6

7 | John M. Houkom, Esq.        Attorneys for A-1 Stone Crafters, Inc.
Quintana Law Group
21650 Oxnard St., Suite 700

8 | Woodland Hills, CA 91367
Telephone: (818) 914-2100

9 | Fax: (818) 914-2101

10

11 | I declare that I am employed in the office at whose direction the service was made.

12 | Executed at San Diego, California on August 26, 2008.

13

14 | s/Andrea M. Kimball
Attorneys for Plaintiffs Eldorado Stone,
LLC and Eldorado Stone Operations,

15 | LLC

16

17 | 101096987.1