UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, et al., | ) Case No. 08cv0922-BEN (BLM) |
| Plaintiffs, | ) **ORDER CONFIRMING SETTLEMENT** |
| v. | ) **AND SETTING DEADLINE TO FILE** |
| | ) **JOINT MOTION FOR DISMISSAL** |
| A-1 STONE CRAFTERS, INC., | ) |
| Defendant. | ) |

On August 26, 2008, Plaintiffs filed a notice indicating that the parties have settled. Doc. No. 13. Based upon this representation, the parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **September 25, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1  Major.

2      If the fully executed joint motion for dismissal is not filed by
3  **September 25, 2008**, then all counsel of record and unrepresented parties
4  are required to appear **in person** for a Settlement Disposition Confer-
5  ence.  The Settlement Disposition Conference will be held on **September**
6  **30, 2008** at **9:00 a.m.** in Courtroom A.

7      If counsel of record or any unrepresented party fails to appear at
8  the Settlement Disposition Conference, or the parties fail to file the
9  signed joint motion for dismissal in a timely manner, the Court will
10 issue an Order to Show Cause why sanctions should not be imposed for
11 failing to comply with this Order.

12     All other pending dates before Magistrate Judge Major are hereby
13 vacated.  Any matters currently scheduled before the district judge
14 shall remain in effect pending notice from that court.

15     **IT IS SO ORDERED.**

16 DATED: August 26, 2008

17

18                             BARBARA L. MAJOR
                              United States Magistrate Judge

19

20

21

22 COPY TO:

23 HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE
24
   ALL COUNSEL
25

26

27

28